NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS LOFGREN,                         )
                                          )
         Appellant,                       )
                                          )
v.                                        )          Case No. 2D17-1936
                                          )
BANK OF NEW YORK MELLON, f/k/a            )
The Bank of New York, as Trustee, on      )
Behalf of the Holders of the Alternative  )
Loan Trust 2005-76, Mortgage Pass-        )
Through Certificates Series 2005-76,      )
                                          )
         Appellee.                        )
_____       )

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa (withdrew after briefing);
Aubrey Elizabeth Posey of Brown &
Associates Law & Title, P.A., Tampa
(Substitued as counsel of record); and Paul
Alexander Bravo of Corona Law
Firm, P.A., for Appellant.

Benjamin B. Brown; Joseph T. Kohn;
and Lauren G. Raines of Quarles &
Brady LLP., Naples, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, C.J., KELLY and SMITH, JJ., Concur.